**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GUSTAVO ORTIZ PENUELA | CIVIL ACTION NO. 26-2620 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN RIVER CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Gustavo Ortiz Penuela's petition for writ of habeas corpus (Record Document 1) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE